# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-rj-9

MILLENNIUM FUNDING, INC. et al.,

    Judgment Creditors/Plaintiffs,

    vs.

1701 MANAGEMENT LLC et al.,

    Judgment Debtors/Defendants.

and

BREADWARE HOLDINGS, LLC, UMB BANK, N.A., STONEAGE, INC., and BANK OF AMERICA, N.A.,

    Garnishees.

---

## PLAINTIFFS' VOLUNTARY RELEASE OF WRIT OF GARNISHMENT [Doc. #16] TO GARNISHEE UMB BANK, N.A.

---

Effective July 15, 2022, Plaintiff/Judgment Creditors, by and through their counsel, voluntary release the Writ of Garnishment [Doc. #16] to Garnishee UMB BANK, N.A. ("UMB") pursuant to Section 12(c) of Colo. R. Civ. P. 103[1] based upon UMB's written response to the Writ and a subpoena in the underlying S.D Flo. action.

DATED: Kailua-Kona, Hawaii, July 15, 2022.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740

---

[1] "**Release by Judgment Creditor or Plaintiff in Attachment.** A judgment creditor…may issue a written release of any writ provided by this rule. Such release shall state the effective date of the release and shall be promptly filed with the clerk of the court." Colo. R. Civ. P. 103, §12(c).

20-023DBa

Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Plaintiffs/Judgment Creditors

---

### CERTIFICATE OF SERVICE

---

The undersigned hereby certifies that on the date and by the methods of service noted below, a true and correct copy of the foregoing was served via FIRST CLASS MAIL to the following at their last known address:

Attn: Kenneth Miller
UMB Bank
1010 Grand Blvd
Kansas City, MO 64106

DATED: Kailua-Kona, Hawaii, July 15, 2022.

CULPEPPER IP, LLLC

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Plaintiffs/Judgment Creditors